AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:22-mj-00040 |
| Simon Tongyik Chuar | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **January 31, 2022** in the county of **Pottawattamie** in the **Southern** District of **Iowa**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Prohibited person in possession of ammunition |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

*Complainant's signature*

Shelly Sudmann, AUSA
*Printed name and title*

Date: 05/04/2022

*Judge's signature*

City and state: Council Bluffs, IA Via videoconference

Helen C. Adams, Chief U.S. Magistrate Judge
*Printed name and title*

FILED
By: Clerk's Office, Southern District of Iowa
3:37 pm, May 04 2022

## AFFIDAVIT IN SUPPORT OF A CRMINAL COMPLAINT

I, Brandon Allen, being first duly sworn, hereby depose and state as follows:

### Introduction and agent background

1. I, Brandon Allen, have been employed by the Pottawattamie County Sheriff's Office since 2017 and a sworn police officer since 2011. This affidavit is made in the course of your Affiant's employment as an Investigator with the Pottawattamie County Sheriff's Office in your Affiant's current assignment to the Southwest Iowa Narcotics Enforcement Task Force (SWINETF)

2. In 2020, your Affiant was assigned to SWINETF. Since then your Affiant has participated in investigations involving the unlawful distribution of controlled substance in violation of federal law or laws of the State of Iowa. This has led to arrests or convictions of individuals for offenses regarding controlled substances. In the course of your Affiant's duties regarding the investigation of drug trafficking matters, your Affiant has conducted or participated in physical surveillance, electronic surveillance, undercover transactions, the exaction of search warrants, debriefing of informants, interviews of witnesses other than informants, and review of recorded conversation, that is, consensually monitored conversations recorded over a "body mic". Your Affiant has been involved in the use of these investigative techniques in both federal and state investigations.

3. Your Affiant has participated in training relevant to you Affiant's work for SWINETF. This training includes Basic Narcotics Investigation, Law Enforcement Intelligence Network, Development and Handling of Confidential Informants, Physical Surveillance, Advanced Rural Interdiction, Roadside Interviews, Prescription Drug Diversion, REID Interview Technique, and CTK Interview.



FILED
By: Clerk's Office, Southern District of Iowa
3:38 pm, May 04 2022

4. On the 31st day of January 2022 I was contacted by Deputy Hiatt of the Pottawattamie County Sheriff's Office. Deputy Hiatt advised that he had been dispatched to 18277 Badger Ave for a check the welfare report, where the reporting party had reported that a male subject had shown up at his residence and advised him that he had been shot at.

5. Upon Deputy Hiatt's arrival he spoke with the reporting party, Dave BURESH, who stated that he and his employee, Avery, had been working in a barn when a black male drove into his driveway, was the only occupant of the vehicle, and took off from the vehicle carrying a bag. Deputy Hiatt noted that the vehicle in the driveway was a white 4 door sedan with in-transit card belonging to "S. Chuar". BURESH advised Deputy Hiatt that the male seemed off and was in his hog barn acting strange.

6. Deputy Hiatt drove to the hog barn, where he found the black male wearing a black coat and black sweatpants. Deputy Hiatt stated that the male subject again entered the barn and was reaching into a stall located inside the barn. Deputy Hiatt noted that the subject was acting very strange while he was speaking with him in an attempt to calm him down. The subject identified himself as James JACOB DOB: 1/2/1993 and that he lived in Nebraska. Deputy Hiatt asked communications to run a check of the name given to him by the subject, which did not yield any results. Deputy Hiatt asked him to exit the barn to which the subject advised that he needed his bag from the barn. The subject advised Deputy Hiatt that he was fine and not to worry about the guys shooting at him. Deputy Hiatt advised that he would like more information on this incident and the subject kept advising that he was fine and not to worry about it and that he wanted to leave.

7. The subject then walked down the hill towards his car where Special Deputy Sanders was running the VIN on the subject's vehicle. Deputy Hiatt entered the barn and checked the stall that the subject kept reaching into where he located a dark brown bag. Deputy

Hiatt placed the brown bag in his vehicle to bring it back down to the subject's vehicle at the end of the driveway. Once Deputy Hiatt placed the bag inside of his cruiser, he observed the odor of Marijuana coming from the bag. Deputy Hiatt then drove to the end of the driveway where Special Deputy Sanders and the subject were located.

8. Deputy Hiatt exited his vehicle and detained the subject as he was unable to identify him and the odor of Marijuana coming from the bag. Deputy Hiatt placed the subject in his cruiser and retrieved the subject's bag and placed it on the push guard of his vehicle to search the contents. Inside the bag Deputy Hiatt located three big clear plastic bags full of Marijuana, two live rounds of Federal brand .40 caliber hollow point rounds, and packaging material. The Marijuana was later weighed and weighed 2.85 pounds.

9. Deputy Hiatt returned to the subject detained in his patrol vehicle and advised him of the Miranda Warning to which the subject advised he understood his rights. Deputy Hiatt asked the subject who he really was and he identified himself as Simon CHUAR DOB: 1/21/1995 and advised that the vehicle belonged to him. Deputy Hiatt asked about the contents to which CHUAR stated the bag did not belong to him and that his buddy "Jody" was the other person in the car and was the owner of the bag. Deputy Hiatt knew CHUAR to be the only occupant of the vehicle as the reporting party, BURESH, had told him that he had witnessed CHUAR exit the vehicle with the bag and run off.

10. Deputy Ramsey arrived on scene and searched the area in the hog barn where CHUAR was originally located. During the search Deputy Ramsey located a cell phone that CHUAR identified as belonging to him.

11. Deputy Hiatt charged CHUAR with Providing False Information, Possession of Firearm or Offensive Weapon by a Felon (for the ammunition that was found), Unlawful Tax

Stamp, Convey Contraband in a Correctional Facility (small of Methamphetamine found on his person at the Jail), and Possession with Intent to Deliver Marijuana Under 50kg.

12. Investigator Temeyer of the Pottawattamie County Sheriff's Office Criminal Investigation Division assisted the investigation by applying for a search warrant to search CHUAR'S vehicle. On 2/3/2022 Investigator Temeyer, Detective Conahan, and I executed a search warrant at Lyon's Towing Impound. Located inside the glovebox a green pill bottle labeled "Simon Chuar", which contained 8 blue pills and 2 peach pills. The pills were sent to the Douglas County Crime Lab for testing which identified the blue pills as Fentanyl and the peach pills as Alprazolam. Located in the backseat was a black bag that contained a bag of Marijuana (64.3 gross grams), packaging material, a digital scale, a small bag of Methamphetamine (.5 grams), and cards that had Simon CHUAR'S name on them. On the floorboard a wallet was located containing numerous items labeled Simon CHUAR. A photocopy of Simon CHUAR'S passport was located in the glovebox.

13. CHUAR has been previously convicted of vehicle theft in 2014 in Alaska; robbery 2 in 2015 in Alaska, possession or receipt of a stolen firearm in 2020 in Nebraska. All of which are felony convictions.

14. The Federal brand .40 caliber hollow point rounds of ammunition were manufactured outside the state of Iowa.

          Respectfully submitted,

          Brandon Allen, Task Force Officer
          SWINE TF

Subscribed and sworn to before me by telephone or other reliable electronic means this 4th day of May, 2022.

          Helen C. Adams, Chief
          United States Magistrate Judge